**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:24-cv-01797-PGB-EJK

MICHAEL R. MCNEIL,

   Plaintiff,

vs.

DAYTONA PETRO VIEW, LLC, et al.,

   Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action as to Defendants, DAYTONA PETRO VIEW, LLC, and UNITED ALLIANCE FOOD & GAS, INC. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 8th day of January 2025.

                                             By:/s/Sara Howeller, Esq._____
                                             Sara Howeller, Esq.
                                             Florida Bar Number: 847100
                                             Attorney for Plaintiff
                                             The Law Offices of Sara Howeller
                                             1732 Ronald Reagan Blvd
                                             Longwood, Florida 32750
                                             Telephone: 407-977-7822
                                             Facsimile: 844-300-7287
                                             Email: DHoweller@gmail.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 8th day of January 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

           By: /s/Sara Howeller, Esq.
           Sara Howeller, Esq.
           Florida Bar Number: 847100
           Attorney for Plaintiff
           The Law Offices of Sara Howeller
           1732 Ronald Reagan Blvd
           Longwood, Florida 32750
           Telephone: 407-977-7822
           Facsimile: 844-300-7287
           Email: DHoweller@gmail.com